IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00046-RPM-CBS

C.H. ROBINSON COMPANY,

    Plaintiff,

v.

TUCCI PRODUCE,
JAMES TUCCI,
individually and in his corporate capacity,

    Defendants.

## ORDER FOR SERVICE

This matter is before the Court on Plaintiff's Verified Motion for Service of Process by Mail (filed March 9, 2006; *doc. no. 5*). It is hereby ORDERED that the motion is GRANTED.

Pursuant to C.R.C.P. 4(g), the Clerk of Court is directed to send by registered or certified mail a copy of the Summons and Complaint addressed to Defendants Tucci Produce and James Tucci at 520 Orange Street, Pueblo, Colorado, 81005, requesting a return receipt - signed by the addressee only. Such service shall be complete on the date of the filing of the Clerk's proof thereof, together with such return receipt attached thereto signed by such addressee.

DATED at Denver, Colorado, this 22nd day of March, 2006.

               BY THE COURT:

               *s/Craig B. Shaffer*
               Craig B. Shaffer
               United States Magistrate Judge