IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00046-RPM-CBS

C.H. ROBINSON COMPANY,

    Plaintiff,

v.

TUCCI PRODUCE,
JAMES TUCCI,
individually and in his corporate capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that a hearing on Plaintiff's Verified Motion for Service of Process (*doc. no. 22*) has been set for **July 11, 2006, at 10:45 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**    May 31, 2006